**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>US ALL STAR FEDERATION d/b/a IASF,<br><br>Defendant. | Case No. 2:23-cv-02285-JTF-atc |

**PLAINTIFF GREENWICH INSURANCE COMPANY'S**
**NOTICE OF CORRECTION TO EXHIBIT N TO COMPLAINT**

PLEASE TAKE NOTICE that Plaintiff Greenwich Insurance Company files this Notice of Correction for Exhibit N to the Complaint, filed as Docket No. 1-16 in the instant matter, to correct the document filed. The correct document to be substituted in its place is attached hereto as "Corrected Exhibit N".

WHEREFORE Plaintiff Greenwich Insurance Company hereby gives notice of the correction to Exhibit N to the Complaint and requests that the Court take notice of and make the correction set forth herein.

Respectfully submitted this 16th day of June, 2023.

Respectfully submitted,

*s/ Kristen C. Kish*
Lloyd A. Gura (admitted pro hac vice)
Ellen G. Margolis (admitted pro hac vice)
Kristen C. Kish (admitted pro hac vice)
Mound Cotton Wollan & Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:    (212) 344-8066
Email: lgura@moundcotton.com
Email: emargolis@moundcotton.com

E-mail: kkish@moundcotton.com

&

THOMAS P. CASSIDY, JR., TN 13186
ROBERT TURNER, IV, 035364
**MCANGUS GOUDELOCK & COURIE, LLC**
Post Office Box 171446
5350 Poplar Avenue, Suite 800 (38119)
Memphis, Tennessee 38187
Phone: (901) 682-3436
Facsimile: (901) 339-0683
Email: tom.cassidy@mgclaw.com
Email: rob.turner@mgclaw.com

*Attorneys for Greenwich Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

DATE: June 16, 2023

*s/ Kristen C. Kish*
Kristen C. Kish (admitted pro hac vice)
Mound Cotton Wollan & Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:    (212) 344-8066
E-mail: kkish@moundcotton.com

*Attorneys for Greenwich Insurance Company*