AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| GREENWICH INSURANCE COMPANY <br><br> *Plaintiff(s)* <br> v. <br> US ALL STAR FEDERATION d/b/a IASF <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:23cv2285 TLP/atc |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  US All Star Federation d/b/a IASF
8275 Tournament Drive, Suite 325
Memphis, TN 38125

Registered Agent: CT Corporation System
300 Montvue Road
Knoxville, Tennessee 37919-5546

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas P. Cassidy & Robert Turner, IV
MCANGUS GOUDELOCK & COURIE, LLC
Post Office Box 171446
5350 Poplar Avenue, Suite 800 (38119)
Memphis, Tennessee 38187

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 10, 2023

CLERK OF COURT

s/ Judy Easley
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I hereby certify that on May 9, 2023 a certified copy of the summons, a copy of the Complaint, Civil Cover Sheet, Notice of Case Tracking Assignment, Notice to Comply with Plan for ADR, and Notice of Right to Consent to the Exercise of Civil Jurisdiction by a Magistrate Judge was sent, postage prepaid by certified return mail receipt, to the defendant, US All Star Federation d/b/a IASF c/o its registered agent, CT Corporation System. On May 31, 2023, I received the return receipt for said certified mail, a copy of which is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/14/2023

/s/ Robert Turner, IV
*Server's signature*

Robert Turner, IV, Counsel for Plaintiff
*Printed name and title*

McAngus, Goudelock & Courie, LLC
PO Box 171556
Memphis, TN 38187
P: (901) 682-3436
rob.turner@mgclaw.com
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

May 31, 2023

Dear Kayla Parr:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6455 8955 70**.

### Item Details

| | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | May 19, 2023, 9:41 am |
| Location: | KNOXVILLE, TN 37919 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | c o Registered Agent  CT Corporation System |

### Shipment Details

| | |
|---|---|
| Weight: | 5.6oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004