IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*

_____

### NOTICE OF SCHEDULING/STATUS CONFERENCE
Before Judge John T. Fowlkes, Jr., United States District Judge

_____

**August 29, 2023**

RE: Case No. 2:23-2285-JTF-atc
   *Greenwich Insurance Company v. US All Star Federation*

   A SCHEDULING CONFERENCE is SET for TUESDAY, September 26, 2023 at 9:00 A.M. before Judge John T. Fowlkes, Jr. via TEAMS.

   The Court will conduct the Scheduling Conference via TEAMS videoconference. The parties will receive an email notification with instructions regarding participation in the conference a day prior to the date on which the conference is scheduled.

   A JOINT proposed scheduling order in WORD format should be submitted at least 4 days prior to the scheduling conference to the ECF propdocs email address, ECF_Judge_Fowlkes@tnwd.uscourts.gov. Please follow Judge Fowlkes' scheduling guidelines at the website below. The scheduling conference may be cancelled in advance if the Joint proposed scheduling order is approved and entered prior to the conference date. If the order is not approved, the proceeding will go forward. At that time, Counsel should be prepared to set case deadlines and to discuss case status and all pending motions. Following the scheduling conference, the approved order will be filed electronically.

<span style="color:red">**PLEASE FOLLOW INSTRUCTIONS FOR SCHEDULING ON JUDGE FOWLKES' WEBSITE @https://connection.tnwd.circ6.dcn**</span>

   If you have any questions, please contact the case manager at the telephone number or email address provided below.

|  |  |
|---|---|
|  | BY:   *s/Ross Herrin*, Case Manager |
|  | 901-495-1331 |
|  | ross_herrin@tnwd.uscourts.gov |