# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY**, | ) |
| **Plaintiff/Counter-Defendant,** | ) |
| v. | ) Case No. 23-cv-2285-JTF-atc |
| **US ALL STAR FEDERATION** *d/b/a* **IASF,** | ) |
| **Defendant/Counter-Plaintiff.** | ) |

## MEDIATION ORDER

    Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are directed to complete mediation by Monday, February 2, 2024. The parties are to have present at the mediation, representatives with full settlement authority. The parties must file a report with the Court stating: (1) the name of their mediator; (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before Monday, February 2, 2024. If mediation is successful, the parties are required to comply with Local Rule 83.13 by first filing a notice of settlement, and when appropriate, either a notice of dismissal or stipulation of dismissal.

    A status conference is set for Wednesday, February 21, 2024, at 9:15 a.m.

    **IT IS SO ORDERED** on this 25th day of September 2023.

                                               *s/John T. Fowlkes, Jr.*
                                               JOHN T. FOWLKES, JR.
                                               UNITED STATES DISTRICT JUDGE