**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>US ALL STAR FEDERATION d/b/a IASF,<br><br>Defendant. | Case No. 2:23-cv-02285-JTF-atc |

**PLAINTIFF GREENWICH INSURANCE COMPANY'S**
**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Plaintiff Greenwich Insurance Company ("Greenwich") respectfully moves this Court, pursuant to Fed. R. Civ. P. 15, for an order granting it leave to amend its complaint. Defendant US All Star Federation d/b/a IASF does not oppose this motion.

The bases in support of Greenwich's motion are more fully set forth in Greenwich's Memorandum in Support of Its Unopposed Motion for Leave to File an Amended Complaint filed contemporaneously herewith.

Respectfully submitted this 26th day of October, 2023.

                                                  Respectfully submitted,

                                                  *s/ Kristen C. Kish*
                                                  Lloyd A. Gura (admitted pro hac vice)
                                                  Ellen G. Margolis (admitted pro hac vice)
                                                  Kristen C. Kish (admitted pro hac vice)
                                                  Mound Cotton Wollan & Greengrass, LLP
                                                  One New York Plaza
                                                  New York, New York 10004
                                                  Phone: (212) 804-4200
                                                  Fax:   (212) 344-8066
                                                  Email: lgura@moundcotton.com
                                                  Email: emargolis@moundcotton.com
                                                  E-mail: kkish@moundcotton.com

    & 

THOMAS P. CASSIDY, JR., TN 13186
ROBERT TURNER, IV, 035364
**MCANGUS GOUDELOCK & COURIE, LLC**
Post Office Box 171446
5350 Poplar Avenue, Suite 800 (38119)
Memphis, Tennessee 38187
Phone: (901) 682-3436
Facsimile: (901) 339-0683
Email: tom.cassidy@mgclaw.com
Email: rob.turner@mgclaw.com

*Attorneys for Greenwich Insurance Company*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular US Mail. Parties may access this filing through the Court's electronic filing system.

DATE: October 26, 2023

*s/ Kristen C. Kish*
Kristen C. Kish (admitted pro hac vice)
Mound Cotton Wollan & Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:     (212) 344-8066
E-mail: kkish@moundcotton.com

*Attorneys for Greenwich Insurance Company*