# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>US ALL STAR FEDERATION d/b/a IASF,<br><br>Defendant. | Case No. 2:23-cv-02285-JTF-atc |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff Greenwich Insurance Company moved this Court, unopposed, for an Order, pursuant to Fed. R. Civ. P. 15 for leave to file an Amended Complaint.

**NOW UPON** reviewing Plaintiff Greenwich Insurance Company's Unopposed Motion for Leave to File an Amended Complaint, filed October 26, 2023, along with the documents filed in support thereof, it is hereby:

**ORDERED** that Plaintiff Greenwich Insurance Company is granted leave to file, at any time hereafter, an Amended Complaint containing the revisions set forth in Exhibit 1 to its Motion.

                                                                              JOHN T. FOWLKES, JR.,
                                                                              UNITED STATES DISTRICT JUDGE

ENTERED: