IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v.   ) | Case No. 2:23-cv-02285-JTF-atc |
| ) | |
| **US ALL STAR FEDERATION d/b/a IASF,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Before the Court is Plaintiff's Unopposed Motion for Leave to File Amended Complaint, filed on October 26, 2023. (ECF No. 32.)

Federal Rule of Civil Procedure 15(a) permits parties to amend their pleadings once as a matter of course within 21 days of serving it, or 21 days after service of responsive pleading. Fed. R. Civ. P 15(a)(1). Outside of this timeframe, the Rule requires a party to seek leave to amend a complaint, but instructs courts to grant leave "freely . . . when justice so requires." *Id.* (a)(2). When considering whether to grant leave, "the critical factors are notice and substantial prejudice." *Chase v. Matsu Mfg., Inc.*, 147 F. App'x 507, 515 (6th Cir. 2005) (citing *Estes v. Kentucky Utilities Co.*, 636 F.2d 1131, 1134 (6th Cir. 1980).

Plaintiff seeks to amend the complaint to include new factual developments that are relevant to this action. (ECF No. 32-7, 4.) Plaintiff points out that this filing comes before the October 26, 2023 deadline to file motions to amend set forth in the Scheduling Order, and indicates that Defendant does not oppose the amendment. (ECF Nos. 28, 1 & 32-7, 4.) The timeliness and lack of objection to this Motion suggest that Defendant will not be prejudiced by it. (*See id.*) The Court finds that the Motion is well-taken and should be **GRANTED**.

2

**IT IS SO ORDERED** this 27th day of October, 2023.

                                                   *s/John T. Fowlkes, Jr.*
                                                   **JOHN THOMAS FOWLKES, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**