**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **GREENWICH INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff/Counter-Defendant,** | ) ) ) | |
| **v.** | ) ) ) | **Case No. 2:23-cv-02285-JTF-atc** |
| **US ALL STAR FEDERATION d/b/a IASF,** | ) ) ) ) | |
| **Defendant/Counter-Plaintiff.** | ) ) ) ) | |

## JOINT MOTION TO EXTEND DEADLINES IN SCHEDULING ORDER

Plaintiff/Counter-Defendant Greenwich Insurance Company and Defendant/Counter-Plaintiff U.S. All Star Federation, Inc. (collectively the "Parties"), by and through undersigned counsel, hereby file this Joint Motion to Extend Deadlines in Scheduling Order and respectfully request that the Court grant a brief extension of the deadlines set out in the Scheduling Order entered on September 25, 2023. (ECF No. 26.)  In support, the Parties state as follows:

On October 31, 2023, Plaintiff filed a First Amended Complaint, (ECF No. 34) and Defendant filed an Answer and Counterclaim on December 1, 2023.  (ECF No. 36.)  As of the date of this filing, the time has not passed for Plaintiff to file an Answer to the Counterclaim. The Parties therefore request that the deadlines in the current Scheduling Order be extended so as to be reset in accordance with pleadings that have yet to close.

The Court, for good cause shown, can extend deadlines.  *See* Fed. R. Civ. P. 6(b)(1)(A); *Jarrett v. Toxic Action Wash*, 1996 WL690160, at *1 (6th Cir. Nov.27, 1996)  (affirming  a

district court's "broad discretion to enlarge the time for any action," which would include resetting case management deadlines). The Parties submit that good cause exists here for the reasons explained above. They, therefore, ask the following deadlines to be extended/reset:

**MOTIONS TO DISMISS**:                                     January 30, 2024

**COMPLETING ALL DISCOVERY**:                          June 28, 2024

    **a. WRITTEN DISCOVERY**:                           February 23, 2024
    **b. DEPOSITIONS**:                                    March 29, 2024

**DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT**         April 26, 2024
**INFORMATION**:

**DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT**        May 17, 2024
**INFORMATION**:

**EXPERT WITNESS DEPOSITIONS**:                       June 14, 2024

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E.**               July 5, 2024
**702/DAUBERT MOTIONS**:

**FILING DISPOSITIVE MOTIONS**:                       August 16, 2024

**MEDIATION:**                                        April 19, 2024

    This motion is brought in good faith and is not made for the purposes of undue delay. Further, this extension will not affect any trial setting deadlines because the Court has not entered an Order with the pretrial order deadline, pretrial conference date and trial date at this time.

    For good cause shown, the Parties ask the Court to grant the relief requested herein, extend the identified deadlines, and reset subsequent matters accordingly. A proposed order has been submitted for the Court's consideration. *See* Local Rule 7.2(a)(1)(A).

Respectfully submitted,

**MOUND COTTON WOLLAN & GREENGRASS LLP**

*/s/ Kristen C. Kish*

Lloyd A. Gura (admitted pro hac vice)
Ellen G. Margolis (admitted pro hac vice)
Kristen C. Kish (admitted pro hac vice)
One New York Plaza, 44th Floor
New York, New York 10004
Phone:          (212) 804-4200
Facsimile:      (212) 344-8066
lgura@moundcotton.com
emargolis@moundcotton.com
kkish@moundcotton.com

THOMAS P. CASSIDY, JR., TN 13186
ROBERT TURNER, IV, 035364
**MCANGUS GOULDELOCK & COURIE, LLC**
Post Office Box 171446
5350 Poplar Avenue, Suite 800 (38119)
Memphis, Tennessee 38187
Phone:          (901) 682-3436
Facsimile:      (901) 339-0683
Tom.cassidy@mgclaw.com
Rob.turner@mcglaw.com

*Attorneys for Plaintiff*

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ Mary Wu Tullis*

Mary Wu Tullis (TN Bar No. 31339)
Grady M. Garrison (TN Bar No. 8097)
Nicole Berkowitz Riccio (TN Bar No. 35046)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:      (901) 526-2000
Facsimile:      (901) 577-0761
mtullis@bakerdonelson.com
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

3