# Exhibit A

**ENDORSEMENT #**34

This endorsement, effective 12/11/14 12:01 a.m., forms a part of

Policy No. ASG0894480 issued to Varsity Brands, Inc.

by Greenwich Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY**

It is hereby understood and agreed that GXA L00, MEMBER CERTIFICATION DECLARATIONS, NAMED INSURED, is amended to read as follows:

Varsity Brands Holding Co., Inc.

It is further agreed that Form, XIL 404, NAMED INSURED ENDORSEMENT, is amended to read as follows:

Varsity Brands Holding Co., Inc.
Varsity Brands, LLC
Varsity China LLC
Ozone, LLC
Varsity Spirit LLC
    dba American Cheer Power
    dba American Cheerleaders Association
    dba Cheer Power
    dba Universal Cheerleaders Association (UCA)
    dba Universal Dance Association (UDA)
    dba National Dance Team Championship
    dba National College Cheerleading and Dance Team Championship
    dba National All Star Cheerleading Championship
    dba The Cheerleading Worlds
    dba The Spirit Team
    dba The America Championships
    dba The America Championships Regionals
    dba State Cheer & Dance Championships
    dba Cheerleading Techniques Camps (CTC)
    dba National Cheerleaders Association (NCA)
    dba National Dance Alliance (NDA)
    dba Xpress Brands
    dba Spirit Express
    dba All Star Challenge
    dba Spirit Cheer
    dba International All Levels Championships
    dba Showcase Championships
    dba Ultimate Speed Camps
    dba VROC
    dba VROC Speed
    dba Spirit Festival
    dba Varsity/Intropa Tours, Inc.
    dba United Spirit Association
    dba VBI Ventures, Inc.

       dba Premier Athletics
       dba Athletic Championships
       dba OneUp Championships
       dba OneUp All-star Performance Camps
       dba Flip Fest
       dba World Spirit Federation
       dba Spirit Sports
       dba Cheer Ltd.
       dba Carolina Cheer and Tumbling Power Camp
       dba Pac West Spirit Group

Inside Cheerleading, LLC
American Cheerleader Media, LLC
Varsity International, LLC
Varsity Spirit Fashion & Supplies, LLC
       Spirit Apparel, LLC but only with respect to losses arising from the "Products-Completed Operations Hazard". No other coverage provided under this policy is afforded to this named insured.


Wholly owned Subsidiaries of Varsity Spirit LLC:

Varsity Soccer
Cheerleader & DanzTeam (CDT)
Spirit Innovations
Global Spirit Inc.
Spirit Holdings, Inc.
       dba CheerSport Corporation
       dba Universal Spirit Association, Inc.
       dba Cheerlogistics, Inc.

Independent Corporations Administered by Varsity Spirit - but only for Varsity's involvement in the organizations and not coverage for the entity itself:

       American Association of Cheerleading Coaches and Administrators (AACCA)
       US All Star Federation, Inc. (USASF)
           dba International All Star Federation
       USA Federation for Sport Cheering

Independent Non-Profit Corporations Managed and Administered by Varsity Spirit:
       National High School Cheerleading Championship
       UCA Children's Charities Foundation, Inc.
       International Cheer Union
       ASIP (Association for Spirit Industry Professionals)

**ENDORSEMENT #22**

This endorsement, effective 07/31/14 12:01 a.m., forms a part of

Policy No. ASG0894480 issued to Varsity Brands, Inc.

by Greenwich Insurance Company.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

ABUSE AND MOLESTATION - EXCEPT FOR OPERATIONS OF PREMIER ATHLETICS OR VBI VENTURES DBA'S OF VARSITY SPIRIT CORPORATION

SCHEDULE
Limits of Insurance
Sexual Abuse Each Occurrence       $1,000,000
Sexual Abuse Aggregate             $2,000,000

A. SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 1. Insuring Agreement is amended to include the following wording:

f. This insurance applies to "bodily injury" caused by a "sexual abuse occurrence."  The insurance provided by this endorsement shall not apply to such "bodily injury" resulting from the ongoing or completed operations of Premier Athletics or VBI Ventures d/b/a's of Varsity Spirit Corporation or anyone acting on its behalf.

B. SECTION I - COVERAGES, COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions is amended to include the following:

"Bodily injury" by:
(1) An additional insured, or any person or entity indemnified under any "insured contract", if the "employee(s)", agent(s), representative(s), or "volunteer worker(s)" of such additional insured or indemnified person or entity actually committed, or participated in any respect, in a "sexual abuse occurrence"; or
(2) Any independent contractor, or the "employees" or agents of such independent contractor; or
(3) Any person who participated in, directed, or knowingly allowed any "sexual abuse occurrence."

However, this exclusion only applies to those individuals listed above over whom the insured has control.

C. SECTION II - WHO IS AN INSURED, 2. a. (1) is amended to include the following:

(e) By any person who has been found guilty of or pleaded guilty or nolo contendere to any criminal act involved in any "sexual abuse occurrence".

D. The following is added to SECTION III - LIMITS OF INSURANCE:

8. Subject to Paragraph 2. above, the Sexual Abuse Aggregate shown in the Schedule above, is the most we will pay for all damages and medical expenses because of all "bodily injury" arising out of all "sexual abuse occurrences."

9. Subject to 5. or 8. above, whichever applies, the Sexual Abuse Each Occurrence Limit shown in the Schedule above, is the most we will pay for the sum of damages and medical expenses because of all "bodily injury" arising out of any one "sexual abuse occurrence".

MANUS                    © 2014 X.L. America, Inc.  All Rights Reserved.                    Page 1 of 2
May not be copied without permission.
Includes copyrighted material of Insurance Services Offices, Inc., with its permission.

E. SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is amended to include the following:

10. Whenever any officer, director, executive or administrative "employee" of the Named Insured shall acquire knowledge of any "sexual abuse occurrence" either attempted or committed by any other officer, director, "employee", agent, representative, or "volunteer worker" of the Named Insured, the insurance provided under this policy for "bodily injury" caused by "sexual abuse occurrence(s)" shall not apply with respect to any subsequent "sexual abuse occurrence(s)" involving, arising out of, resulting from, or in any way related to, the acts or omissions of such officer, director, "employee" agent, representative or "volunteer worker".

F. SECTION V - DEFINITIONS, 3. is deleted and replaced by the following:

3. "Bodily injury" means bodily injury, mental anguish, shock, mental injury, humiliation, sickness, or disease sustained by a person, including death resulting from any bodily injury, sickness or disease at any time.

"Bodily injury" also includes mental anguish or emotional distress if such mental anguish or emotional distress:

a. Directly results from physical contact during a "sexual abuse occurrence"; or

b. Directly results from the claimant actually witnessing a "sexual abuse occurrence" whether or not there is physical contact between the claimant and the perpetrator(s).

G. SECTION V - DEFINITIONS is amended to include the following:

"Sexual abuse occurrence" means a single act, or multiple, continuous, sporadic or related acts of sexual molestation or abuse caused by one perpetrator, or by two or more perpetrators acting together.

" Sexual abuse occurrence" includes "negligent employment" of any person accused of or involved in such sexual molestation or abuse. A "sexual abuse occurrence" must occur while the claimant is in the care, custody or control of:

a. An insured; or

b. A person or entity indemnified under an "insured contract" pursuant to which the Named Insured has legal responsibility for the person or entity.

All acts of "sexual abuse occurrence" by an actual or alleged perpetrator or perpetrators, including "negligent employment" of such perpetrator or perpetrators, shall be deemed and construed as one "occurrence" which takes place when the first act of sexual molestation or abuse occurs, regardless of the number of persons involved, or the number of incidents or locations involved, or the period of time during which the acts of sexual molestation or abuse took place.

No coverage is afforded under this policy if the first act of a "sexual abuse occurrence" took place outside this policy period.
"Negligent employment" means negligence, or alleged negligence, in the employment, investigation, supervision, training or retention in employment or volunteer status, of any person for whom the Named Insured is or was ever legally responsible and whose conduct or alleged conduct is within the definition of "sexual abuse occurrence."

All other terms and conditions of this policy remain unchanged.