# Exhibit C

**ENDORSEMENT #**

This endorsement, effective 12:01 a.m., 11/02/15, forms a part of

Policy No.  ASG0903161

issued to Varsity Brands Holding Co., Inc.

by   Greenwich Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**NAMED INSURED ENDORSEMENT**

This endorsement modifies insurance provided under the following:

 COMMERCIAL GENERAL LIABILITY COVERAGE PART
 PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
 LIQUOR LIABILITY COVERAGE PART
 OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
 RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

It is agreed that **NAMED INSURED** of the policy declarations page, is amended to include the following:

    Varsity Brands Holding Co., Inc.
    Varsity Brands, LLC
    Varsity China LLC
    Ozone, LLC
    Varsity Spirit LLC
        dba American Cheer Power
        dba American Cheerleaders Association
        dba Cheer Power
        dba Universal Cheerleaders Association (UCA)
        dba Universal Dance Association (UDA)
        dba National Dance Team Championship
        dba National College Cheerleading and Dance Team Championship
        dba National All Star Cheerleading Championship
        dba The Cheerleading Worlds
        dba The Spirit Team
        dba The America Championships
         dba The America Championships Regionals
         dba State Cheer & Dance Championships
         dba Cheerleading Techniques Camps (CTC)

XIL 404 0605
©, 2005, XL America, Inc.

    dba National Cheerleaders Association (NCA)

    dba National Dance Alliance (NDA)

    dba Xpress Brands

    dba Spirit Express

    dba All Star Challenge

    dba Spirit Cheer

    dba International All Levels Championships

    dba Showcase Championships

    dba Ultimate Speed Camps

    dba VROC

    dba VROC Speed

    dba Spirit Festival

    dba Varsity/Intropa Tours, Inc.

    dba United Spirit Association

    dba VBI Ventures, Inc.

    dba Premier Athletics

    dba Athletic Championships

    dba OneUp Championships

    dba OneUp All-star Performance Camps

    dba Flip Fest

    dba World Spirit Federation

    dba Spirit Sports

    dba Cheer Ltd.

    dba Carolina Cheer and Tumbling Power Camp

    dba Pac West Spirit Group

    dba VIP Branding

    dba Fierce Connection

American Cheerleader Media, LLC

Varsity International, LLC

Varsity Spirit Fashion & Supplies, LLC

    Spirit Apparel, LLC but only with respect to losses arising from the "Products-Completed Operations Hazard". No other coverage provided under this policy is afforded to this named insured.

Wholly owned Subsidiaries of Varsity Spirit LLC:

Varsity Soccer

XIL 404 0605

©, 2005, XL America, Inc.

    Cheerleader & DanzTeam (CDT)
    Spirit Innovations
    Global Spirit Inc.
    Spirit Holdings, Inc.
        dba CheerSport Corporation
        dba Universal Spirit Association, Inc.
        dba Cheerlogistics, Inc.

    JAM Brands, Inc.
        JAMfest Events, LLC
        JAMCamps, LLC
        America's Best, LLC
        COA, LLC
        Great Lakes Spirit, LLC
        Coastal Alliance, LLC
        US Finals, LLC

Independent Corporations Administered by Varsity Spirit - but only for Varsity's involvement in the organizations and not coverage for the entity itself:

    American Association of Cheerleading Coaches and Administrators (AACCA)
    US All Star Federation, Inc. (USASF)
        dba International All Star Federation
    USA Federation for Sport Cheering

Independent Non-Profit Corporations Managed and Administered by Varsity Spirit LLC:
    National High School Cheerleading Championship
    UCA Children's Charities Foundation, Inc.
    International Cheer Union
    ASIP (Association for Spirit Industry Professionals)

All other terms and conditions remain unchanged.

XIL 404 0605
©, 2005, XL America, Inc.