# Exhibit E

**ENDORSEMENT #**

This endorsement, effective 12:01 a.m., 07/31/16, forms a part of

Policy No.  ASG090316101

issued to Varsity Brands Holding Co., Inc.

by   Greenwich Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

**NAMED INSURED ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE FORM
RAILROAD PROTECTIVE LIABILITY COVERAGE FORM

It is agreed that **NAMED INSURED** of the policy declarations page, is amended to include the following:

Hercules VB Holdings, Inc. & Hercules Achievement, Inc.
Varsity Brands Holding Co., Inc.
Varsity Brands, LLC
Varsity China LLC
Ozone, LLC
Varsity Spirit LLC
    dba American Cheer Power
    dba American Cheerleaders Association
    dba Cheer Power
    dba Universal Cheerleaders Association (UCA)
    dba Universal Dance Association (UDA)
    dba National Dance Team Championship
    dba National College Cheerleading and Dance Team Championship
    dba National All Star Cheerleading Championship
    dba The Cheerleading Worlds
    dba The Spirit Team
    dba The America Championships
    dba The America Championships Regionals
    dba State Cheer & Dance Championships
    dba Cheerleading Techniques Camps (CTC)
    dba National Cheerleaders Association (NCA)
    dba National Dance Alliance (NDA)
    dba Xpress Brands
    dba Spirit Express

XIL 404 0605
©, 2005, XL America, Inc.

       dba All Star Challenge
       dba Spirit Cheer
       dba International All Levels Championships
       dba Showcase Championships
       dba Ultimate Speed Camps
       dba VROC
       dba VROC Speed
       dba Spirit Festival
       dba Varsity/Intropa Tours, Inc.
       dba United Spirit Association
       dba VBI Ventures, Inc.
       dba Premier Athletics
       dba Athletic Championships
       dba OneUp Championships
       dba OneUp All-star Performance Camps
       dba Flip Fest
       dba World Spirit Federation
       dba Spirit Sports
       dba Cheer Ltd.
       dba Carolina Cheer and Tumbling Power Camp
       dba Pac West Spirit Group
       dba VIP Branding

Inside Cheerleading, LLC
American Cheerleader Media, LLC
Varsity International, LLC
Varsity Spirit Fashion & Supplies, LLC
       Spirit Apparel, LLC but only with respect to losses arising from the "Products-Completed Operations Hazard". No other coverage provided under this policy is afforded to this named insured.

Wholly owned Subsidiaries of Varsity Spirit LLC:

Varsity Soccer
Cheerleader & DanzTeam (CDT)
dba Spirit Innovations
Global Spirit Inc.
Spirit Holdings, Inc.
       dba CheerSport Corporation
       dba Universal Spirit Association, Inc.
       dba Cheerlogistics, Inc.

JAM Brands, Inc.
JAMfest Events, LLC
JAMCamps, LLC
America's Best, LLC
COA, LLC
Great Lakes Spirit, LLC
Coastal Alliance, LLC
US Finals, LLC

Independent Corporations Administered by Varsity Spirit - but only for Varsity's involvement in the organizations and not coverage for the entity itself:
       American Association of Cheerleading Coaches and Administrators (AACCA)
       US All Star Federation, Inc. (USASF)
            dba International All Star Federation
       USA Federation for Sport Cheering (nfp)

XIL 404 0605

©, 2005, XL America, Inc.

Independent Non-Profit Corporations Managed and Administered by Varsity Spirit LLC:
    National High School Cheerleading Championship (nfp)
    UCA Children's Charities Foundation, Inc. (nfp)
    International Cheer Union (nfp)
    ASIP (Association for Spirit Industry Professionals) (nfp)

All other terms and conditions remain unchanged.

XIL 404 0605
©, 2005, XL America, Inc.