IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GREENWICH INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:23-cv-02285-JTF-atc |
| | ) | |
| US ALL STAR FEDERATION d/b/a IASF, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines in Scheduling Order, filed on December 14, 2023. (ECF No. 37.) The parties seek to extend the deadlines in the current Scheduling Order consistent with extended pleading deadlines brought on by the filing of the first amended complaint. (*Id.* at 1.) For good cause shown, the following deadlines in the Scheduling Order are amended as follows:

| | |
|---|---|
| **MOTIONS TO DISMISS**: | January 30, 2024 |
| **COMPLETING ALL DISCOVERY**: | June 28, 2024 |
| a.  **WRITTEN DISCOVERY**: | February 23, 2024 |
| b.  **DEPOSITIONS**: | March 29, 2024 |
| **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: | April 26, 2024 |
| **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: | May 17, 2024 |
| **EXPERT WITNESS DEPOSITIONS**: | June 14, 2024 |
| **MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: | July 5, 2024 |
| **FILING DISPOSITIVE MOTIONS**: | August 16, 2024 |

1

**MEDIATION:** The parties are ordered to engage in ADR April 19, 2024. Pursuant to Local Rule 16.2(d), within 7 days of completion of ADR, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

  **IT IS SO ORDERED** this 15th day of December, 2023.

                *s/John T. Fowlkes, Jr.*
                JOHN THOMAS FOWLKES, JR.
                UNITED STATES DISTRICT JUDGE