# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:23-cv-02285-JTF-atc |
| ) | |
| US ALL STAR FEDERATION d/b/a IASF, ) | |
| ) | |
| Defendant. ) | |

## AMENDED MEDIATION ORDER

Pursuant to the Court granting the parties' Joint Motion to Extend Deadlines in Scheduling Order, the parties are now directed to complete mediation by April 19, 2024. (ECF No. 39.) The parties are to have present at the mediation representatives with full settlement authority. The parties must file a report with the Court stating (1) the name of their mediator; (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before April 19, 2024. If mediation is successful, the parties are required to comply with Local Rule 83.13 by first filing a notice of settlement, and when appropriate, either a notice of dismissal or stipulation of dismissal.

**IT IS SO ORDERED** this 15th day of December, 2023.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.,
UNITED STATES DISTRICT JUDGE