# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY,** | )<br>)<br>) |
| Plaintiff/Counter-Defendant, | )<br>) |
| v. | ) Case No. 2:23-cv-02285<br>) |
| **US ALL STAR FEDERATION d/b/a IASF,** | )<br>)<br>) |
| Defendant/Counter-Plaintiff. | )<br>)<br>) |

## MOTION FOR JUDGMENT ON THE PLEADINGS ON DUTY TO DEFEND

Defendant US All Star Federation, Inc.[1] ("USASF"), by and through counsel, pursuant to Federal Rule of Civil Procedure 12(c) and Local Rule 7.2, files this Motion for Judgment on the Pleadings as Greenwich's Duty to Defend. Plaintiff has filed this action, seeking, among other claims, a declaration that Plaintiff, having issued General Commercial Liability and Excess Policies to USASF, does not have a duty to defend USASF in a series of lawsuits by former student athletes in competitive cheer who assert claims for misconduct and abuse. A review of the four corners of the underlying lawsuits demonstrates that the allegations against USASF trigger coverage under the Policies and require Greenwich to provide a defense pursuant to those Policies. Thus, USASF is requesting a judicial determination that Greenwich has a duty to defend USASF without reservation as a matter of law. In support, USASF relies upon the Memorandum in Support of its Motion, filed contemporaneously herewith, and the entire record in this cause.

---

[1] The correct corporate name for USASF is U.S. All Star Federation, Inc. Further, Defendant USASF does not operate as "IASF." See Business Entity Detail on file with the Tennessee Secretary of State, available at https://tnbear.tn.gov/Ecommerce/FilingDetail.aspx?CN=244072134130140158198177254207251034089217074053

Dated: January 30, 2024

                    Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

/s/ Mary Wu Tullis
_____
Mary Wu Tullis (TN Bar No. 31339)
Grady M. Garrison (TN Bar No. 8097)
Nicole Berkowitz Riccio (TN Bar No. 35046)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Facsimile: (901) 577-0761
mtullis@bakerdonelson.com
ggarrison@bakerdonelson.com
nriccio@bakerdonelson.com

*Attorneys for U.S. All Star Federation, Inc.*

## CERTIFICATE OF SERVICE

I, Mary Wu Tullis, hereby certify that on January 30, 2024, I caused a copy of the foregoing document to be served via the electronic filing system to the following counsel of record:

| | |
|---|---|
| THOMAS P. CASSIDY, JR., TN 13186<br>ROBERT TURNER, IV, 035364<br>McAngus Gouldelock & Courie, LLC<br>Post Office Box 171446<br>5350 Poplar Avenue, Suite 800 (38119)<br>Memphis, Tennessee 38187<br>Tom.cassidy@mgclaw.com<br>Rob.turner@mcglaw.com<br>*Counsel for Plaintiff* | Lloyd A. Gura (admitted pro hac vice)<br>Ellen G. Margolis (admitted pro hac vice)<br>Kristen C. Kish (admitted pro hac vice)<br>Mound Cotton Wollan & Greengrass LLP<br>One New York Plaza, 44th Floor<br>New York, New York 10004<br>lgura@moundcotton.com<br>emargolis@moundcotton.com<br>kkish@moundcotton.com<br>*Counsel for Plaintiff* |

                    s/ Mary Wu Tullis
                    _____