# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**US ALL STAR FEDERATION d/b/a IASF,** )<br>)<br>**Defendant.** ) | **Case No. 2:23-cv-02285-JTF-atc** |

## [PROPOSED] SECOND AMENDED SCHEDULING ORDER

Before the Court is the Defendant's Unopposed Motion to Extend Deadlines in Scheduling Order, filed on February 21, 2024. For good cause shown, the following deadlines in the Scheduling Order are amended as follows:

| | |
|---|---|
| **MOTIONS TO DISMISS**: | January 30, 2024 |
| **COMPLETING ALL DISCOVERY**: | July 31, 2024 |
| a. **WRITTEN DISCOVERY**: | March 22, 2024 |
| b. **DEPOSITIONS**: | May 20, 2024 |
| **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: | May 27, 2024 |
| **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: | June 27, 2024 |
| **EXPERT WITNESS DEPOSITIONS**: | July 19, 2024 |
| **MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**: | August 5, 2024 |
| **FILING DISPOSITIVE MOTIONS**: | September 16, 2024 |

2

**MEDIATION:** The parties are ordered to engage in ADR by May 20, 2024. Pursuant to Local Rule 16.2(d), within 7 days of completion of ADR, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

**IT IS SO ORDERED** this _____ day of _____, 2024.

JOHN THOMAS FOWLKES, JR.
UNITED STATES DISTRICT JUDGE