IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY,  )<br>  )<br>**Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>U.S. ALL STAR FEDERATION d/b/a IASF,  )<br>  )<br>**Defendant.**  ) | Case No. 2:23-cv-02285-JTF-atc |

**ORDER GRANTING JOINT MOTION TO RECONSIDER; EXTENDING DEADLINES IN SCHEDULING ORDER**

Before the Court is the parties' Joint Motion to Reconsider the Court's Order of June 10, 2024, filed alongside a memorandum of law in support thereof on June 13, 2024. (ECF Nos. 64 & 65.) In its prior Order, the Court granted the parties' request for a 60-day extension of the June 17, 2024 mediation deadline based on their assertion that the claims undergirding this coverage dispute have settled in principal and that they need time to determine how that affects the settlement of this action. (ECF No. 63.) The parties request that the Court extend all outstanding deadlines by sixty days for the same reasons. (ECF No. 65.)

For good cause shown, the deadlines in the Scheduling Order are amended as follows:

| | |
|---|---|
| **COMPLETING ALL DISCOVERY**: | August 23, 2024 |
|    a.  **WRITTEN DISCOVERY**: | August 23, 2024 |
|    b.  **DEPOSITIONS**: | August 23, 2024 |
| **DISCLOSURE OF PLAINTIFF'S RULE 26(a)(2) EXPERT INFORMATION**: | July 26, 2024 |
| **DISCLOSURE OF DEFENDANT'S RULE 26(a)(2) EXPERT INFORMATION**: | August 9, 2024 |

1

**EXPERT WITNESS DEPOSITIONS**:                                                August 23, 2024

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**:                September 9, 2024

**FILING DISPOSITIVE MOTIONS**:                                                September 24, 2024

**MEDIATION:** The parties are ordered to engage in ADR by August 16, 2024. Pursuant to Local Rule 16.2(d), within 7 days of completion of ADR, the parties shall file a notice confirming that the ADR was conducted and indicating whether it was successful or unsuccessful, without disclosing the parties' respective positions at the ADR.

    **IT IS SO ORDERED,** this 18th day of June 2024.

                                             *s/John T. Fowlkes, Jr.*
                                             JOHN THOMAS FOWLKES, JR.
                                             UNITED STATES DISTRICT JUDGE