# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **GREENWICH INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff/Counter-Defendant,** | ) ) | |
| **v.** | ) ) | **Case No. 2:23-cv-02285** |
| **US ALL STAR FEDERATION d/b/a IASF,** | ) ) ) | |
| **Defendant/Counter-Plaintiff.** | ) ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

Adam A. Alster respectfully requests that the Court enter an Order withdrawing his appearance *Pro Hac Vice*, which was granted by the Court's March 21, 2024 Order (ECF No. 52), and in support thereof states:

1.      Neither Plaintiff nor Defendant will be prejudiced by the withdrawal. Plaintiff is still represented by Mound Cotton Wollan & Greengrass LLP.

2.      Adam A. Alster is being withdrawn because he is leaving Mound Cotton Wollan & Greengrass LLP to work at another law firm that is not involved in this lawsuit.

3.      Greenwich approves of Adam A. Alster's withdrawal from this case.

4.      Adam A. Alster's withdrawal is not happening for the purposes of delay, and no delay will result.

Dated: February 4, 2026

Respectfully submitted,

*s/ Adam A. Alster*

Lloyd A. Gura (admitted pro hac vice)
Ellen G. Margolis (admitted pro hac vice)
Kristen C. Kish (admitted pro hac vice)
Mound Cotton Wollan & Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:    (212) 344-8066
Email: lgura@moundcotton.com
Email: emargolis@moundcotton.com
E-mail: kkish@moundcotton.com

Adam A. Alster (admitted pro hac vice)
Formerly of Mound Cotton Wollan &
Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:    (212) 344-8066
Email: aaalster@gmail.com

&

THOMAS P. CASSIDY, JR., TN 13186
**MCANGUS GOUDELOCK & COURIE,**
**LLC**
Post Office Box 171446
5350 Poplar Avenue, Suite 800 (38119)
Memphis, Tennessee 38187
Phone: (901) 682-3436
Facsimile: (901) 339-0683
Email: tom.cassidy@mgclaw.com

*Attorneys for Greenwich Insurance*
*Company*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(B), counsel for Greenwich consulted with Defendant's counsel via telephone and email on January 23, 2026. The Defendant/Counter-Plaintiff is not opposed to this Motion.

*s/ Adam A. Alster*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*s/ Adam A. Alster*
Adam A. Alster (admitted pro hac vice)
Formerly of Mound Cotton Wollan & Greengrass, LLP
One New York Plaza
New York, New York 10004
Phone: (212) 804-4200
Fax:    (212) 344-8066
E-mail: aaalster@gmail.com

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| **GREENWICH INSURANCE COMPANY,** | ) ) ) ) | |
| **Plaintiff/Counter-Defendant,** | ) ) | **Case No. 2:23-cv-02285** |
| **v.** | ) ) | |
| **US ALL STAR FEDERATION d/b/a IASF,** | ) ) ) | |
| **Defendant/Counter-Plaintiff.** | ) | |

### ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL

Having reviewed the Motion for Withdrawal of Counsel submitted by Adam A. Alster pursuant to Local Rule 83.5 (the "Motion"), and being otherwise fully advised of the premises, this Court hereby grants the Motion. Adam A. Alster is withdrawn as counsel for Greenwich Insurance Company in the above-captioned action effective immediately.

**IT IS SO ORDERED,** this _____ day of February, 2026

_s/_____
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

cc:      Counsel of record